UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 3 RE4, LLC, | ) | CASE NO.: 2:19-CV-01643-MCE-CKD |
| Plaintiff, | ) ) ) | **STIPULATION FOR DISMISSAL OF ACTION IN ITS ENTIRETY; ORDER** |
| vs. | ) ) | |
| STATE NATIONAL INSURANCE COMPANY and DOES 1 to 100, | ) ) ) | |
| Defendants. | ) ) | |

IT IS HEREBY STIPULATED by the parties to this action through and by their respective designated counsel that this action in its entirety be dismissed with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1).

Dated: April 28, 2020      LAW OFFICES OF SASSOON SALES, P.C.


By: _____
Sassoon Sales.
Attorneys for Plaintiff 3RE4, LLC

Dated: April 28, 2020                          CUMMINS & WHITE, LLP

By: _____
Larry M. Arnold, P.C.
Attorneys for Defendant
STATE NATIONAL INSURANCE COMPANY

## ORDER

GOOD CAUSE APPEARING, this entire action is hereby DISMISSED with prejudice. Each party shall bear their own attorneys' fees and costs, and the Clerk of the Court is directed to close the case.

IT IS SO ORDERED.

**Dated: April 28, 2020**

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE